**NONPRECEDENTIAL DISPOSITION**
To be cited only in accordance with
Fed. R. App. P. 32.1

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

Submitted July 16, 2010
Decided August 24, 2010

**Before**

MICHAEL S. KANNE, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*

JOHN D. TINDER, *Circuit Judge*

No. 07-4006

| | |
|---|---|
| AMERICAN NEEDLE, INC., | Appeal from the United States District |
| *Plaintiff-Appellant*, | Court for the Northern District of |
| | Illinois, Eastern Division. |
| *v.* | |
| | No. 04 C 7806 |
| NATIONAL FOOTBALL LEAGUE, *et al.*, | |
| *Defendants-Appellees*. | James B. Moran, |
| | *Judge*. |

## O R D E R

On May 24, 2010, the Supreme Court reversed and remanded our decision in this case, *American Needle, Inc. v. National Football, et al.*, 130 S. Ct. 2201 (2010).  A certified copy of the Supreme Court's opinion was filed with this court on June 25, 2010.

Pursuant to Circuit Rule 54, the parties in this case filed their statements of positions as

to the action which ought to be taken by this court on remand.  All parties requested that this case be remanded to the district court.

On consideration of the position statements, we order this case **REMANDED** to the district court for further proceedings consistent with the Supreme Court's opinion in *American Needle, Inc. v. National Football League, et al.*, 130 S. Ct. 2201 (2010).